IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAKOUR BROWN, | ) | |
| Plaintiff, | ) | Civil Action No. 2:24-cv-00636-CCW-KT |
| v. | ) | |
| ERIC ARMEL, et al., | ) | |
| Defendants. | ) | |

**ORDER**

This case has been referred to United States Magistrate Kezia O. L. Taylor for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On August 10, 2026, the Magistrate Judge issued a Report and Recommendation (the "R&R"), ECF No. 147, recommending that the Motion for Temporary Restraining Order and Preliminary Injunction filed by Plaintiff Shakour Brown, ECF No. 129, be denied. Service of the R&R was made on the parties, and neither party filed objections.

After a review of the pleadings and documents in the case, together with the R&R, IT IS HEREBY ORDERED that Mr. Brown's Motion for Temporary Restraining Order and Preliminary Injunction, ECF No. 129, is DENIED. IT IS FURTHER ORDERED that the R&R, ECF No. 147, is ADOPTED as the Opinion of the District Court.

**IT IS SO ORDERED.**

DATED this 11th day of September, 2026.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via US mail):

Shakour A. Brown
KB7150
SCI Greene
169 Progress Drive
Waynesburg, PA 15370